Order Filed on May 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: | Case No.:   19-17266 (VFP) |
| NEDRAH CYNTHIA XI MUHAMMAD TRUST, | Chapter:   7 |
| | Hearing Date: May 14, 2019 |
| Debtor. | Judge:   Vincent F. Papalia |

**ORDER (I) DENYING DEBTOR'S MOTION TO WAIVE FILING FEE;
(II) ADJOURNING TO MAY 29, 2019 THE CLERK'S OFFICE NOTICE
OF INELIGIBILITY FOR DISCHARGE; AND GRANTING RELATED RELIEF**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 17, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

| | |
|---|---|
| Case: | In re Nedrah Cynthia XI Muhammad Trust |
| Case No.: | 19-17266 (VFP) (Chapter 7) |
| Re: | Order (i) Denying Debtor's Motion to Waive Filing Fee; (ii) Adjourning to May 29, 2019 the Clerk's Office Notice of Ineligibility for Discharge; and Granting Related Relief |

___

These matters are before the United States Bankruptcy Court for the District of New Jersey on (i) the Debtor's application to waive the filing fee [Dkt. No. 2]; and (ii) the Clerk's Office Notice of Ineligibility for Discharge under 11 U.S.C. § 727(a)(8) (the "Notice of Ineligibility") [Dkt. No. 6]; and Ms. Nedrah Cynthia XI Muhammad (who previously filed an individual Chapter 7 case as Ms. Nedrah Cynthia Banks, Case no. 16-33486 (VFP)) having filed an Objection to the Notice of Ineligibility [Dkt. No. 23] and having appeared at the May 14, 2019 hearing on these matters;

And the Court having considered the papers; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on May 14, 2019 it is

**ORDERED** that the Debtor's application to waive the bankruptcy filing fee is **DENIED**. The Debtor shall pay the $335 fee within ten (10) days of the entry of this Order, or the case shall be dismissed without further notice or hearing; and it is further

**ORDERED** that the hearing on the Notice of Ineligibility is adjourned to **Wednesday, May 29, 2019** at 10:00 a.m.; and it is further

**ORDERED** that, no later than May 24, 2019, the Debtor shall file any amendments to the schedules and the petition to, among other things: (i) demonstrate that it is a *bona fide* trust, including the documents relating to the formation of the trust, as well as the properties it owns and the liabilities it has; and (ii) indicate the correct tax identification number under which it operates. If the Debtor fails to make these submissions, the Court may dismiss this case without further notice or hearing. If the submissions are timely made, the Court will consider the further proceedings in this case at the May 29, 2019 hearing.